# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Varlan, Thomas A. | 2. Court or Organization<br><br>U.S. District Court, E. Tenn. | 3. Date of Report<br><br>05/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>800 Market Street<br>Knoxville, TN 37902 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | University of Tennessee, Department of Political Science |
| 2. | Successor Trustee | Alexander Varlan Revocable Living Trust sold the residential rental property on June 1, 2018. |
| 3. | Member | Judicial Resources Committee of the Judicial Conference |
| 4. | Associate Board | University of Tennessee, College of Arts and Sciences |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | East Tennessee Children's Hospital - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Regions Bank Accounts | B | Interest | K | T | | | | | |
| 2. Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 3. Coca Cola Common Stock | C | Dividend | M | T | Donated (part) | | | | |
| 4. Blackrock Strategic Income Opptys Cl A | A | Dividend | K | T | Sold (part) | 07/19/18 | J | | |
| 5. Prudential Short Term Corp. Bond Cl. A | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 6. Columbia AMT-Free Intl. Mun Bond Cl A | A | Dividend | J | T | | | | | |
| 7. Columbia Strategic Income Fund Cl A | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 8. Columbia Floating Rate Instl CL | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 9. Goldman Sachs Small Mid Cap Growth Investor CL | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 10. Wells Fargo Special Mid Cap Value Cl A | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 11. Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 12. Ivy Intl Core Equity Cl I | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Short Duration Income Cl L | A | Dividend | J | T | Sold (part) | 05/07/18 | L | A | |
| 14. Lord Abbett Short Duration Income CL | A | Dividend | J | T | Buy (add'l) | 07/19/18 | J | | |
| 15. PGIM Short Term Corp Bond CLZ | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 16. Strategic Portfolio Service Advantage IRA - 1 | B | Dividend | K | T | | | | | |
| 17. - Dreyfus Govt Cash Mgt Admin Class | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Strategic Income Opptys Cl A | A | Dividend | J | T | | | | | |
| 19. Multi Mgr Value Strategies Cl A | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 20. - Active Portfolio Multi Manager Small Cap Equity Cl A | A | Dividend | J | T | | | | | |
| 21. - Active Portfolio Multi Manager Total Return Bond Cl A | A | Dividend | J | T | | | | | |
| 22. - Active Portfolio Multi Manager Growth Cl A | A | Dividend | J | T | | | | | |
| 23. - Active Portfolio Multi Manager Directional Alt Cl A | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 24. MultiMgr Intl Equity Strategies Inst CL | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 25. - MFS Intl Value Cl A | A | Dividend | J | T | | | | | |
| 26. - MFS Value Cl A | A | Dividend | J | T | | | | | |
| 27. - Oppenheimer Intl Growth Cl A | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 28. - Prudential Jennison Mid Cap Growth Cl A | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 29. PGIM Jennison Mid Cap rowth CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 30. - Wells Fargo Emerging Markets Equity Cl A | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 31. Wells Fargo Emerging Markets Equity Cl A | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 32. - Wells Fargo Special Mid Cap Value Cl A | A | Dividend | J | T | | | | | |
| 33. -Delaware U S Grown Instl Cl | A | Dividend | J | T | | | | | |
| 34. -Ishares MSCI EAFE Value ETF | A | Dividend | | | Sold | 05/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Advantage Service Portfolio IRA - 2 | A | Dividend | K | T | | | | | |
| 36. - Dreyfuss Govt. Cash Mgt Admin Class | A | Int./Div. | J | T | | | | | |
| 37. - Blackrock Strategic income Opptys Cl A | A | Dividend | J | T | Buy (add'l) | 02/16/18 | J | | |
| 38. - Active Portfolio Multi Manager Small Cap Equity Cl A | A | Dividend | J | T | | | | | |
| 39. Multimanager Total Return Bond Strategies CL A | A | Dividend | J | T | | | | | |
| 40. Multimanager Value Strategies CL Z | A | Dividend | J | T | | | | | |
| 41. Multimanager Instl Equity Strategies Instl Cl | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 42. - Active Portfolio Multi Manager Total Return Bond Cl A | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 43. - Active Portfolio Multi Manager Directional Alt Cl A | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 44. - MFS Intl Value Cl A | A | Dividend | J | T | | | | | |
| 45. - MFS Value Cl A | A | Dividend | J | T | | | | | |
| 46. - Oppenheimer Intl Growth Cl A | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 47. - Prudential Jennison Mid Cap Growth Cl A | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 48. - Wells Fargo Emerging Markets Equity Cl A | A | Dividend | J | T | | | | | |
| 49. - Wells Fargo Special Mid Cap Value Cl A | A | Dividend | J | T | | | | | |
| 50. -Delaware U S Growth Instl Cl | A | Dividend | J | T | | | | | |
| 51. -Multi Manager Growth Strategies Cl Z | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▨▨▨▨ Revocable Living Trust (X) (See Part VIII)-Knox Co,TN | A | Rent | | | Sold | 06/01/18 | M | A | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The residential dwelling located in Knox County, Tennessee and held by the [        ] Trust was sold on June 1, 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas A. Varlan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544